BUFFALO, ROCHESTER AND PITTSBURGH RAILWAY COMPANY, Appellant, *v.* GEORGIA LAVERY, Respondent.

*B., R. & P. Ry. Co.* v. *Lavery*, 75 Hun, 396, affirmed.
(Argued April 7, 1896; decided April 21, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made January 18, 1894, which affirmed a judgment in favor of defendant, dismissing the complaint upon the merits, entered upon the report of a referee.

*Seward Simons* for appellant.

*William H. Henderson* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur, except HAIGHT, J., not sitting.

---

DORA WHEELER, Appellant, *v.* THE OCEANIC STEAM NAVIGATION COMPANY (Limited), Respondent.

*Wheeler* v. *Oceanic S. N. Co.*, 72 Hun, 5, affirmed.
(Argued April 8, 1896; decided April 28, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made October 13, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Boudinot Keith* for appellant.

*Everett P. Wheeler* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.